LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
MICHAEL MCLOUGHLIN ESQ.
Nevada Bar No. 12820
HOMERO GONZALEZ, ESQ.
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
m.mcloughlin@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK DAVID PLUMMER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign limited liability corporation; and DOES I-X; and ROE COMPANIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02071-CDS-BNW |

## STIPULATION AND ORDER TO DISMISS DEFENDANT, ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., MICHAEL MCLOUGHLIN, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, MARK DAVID PLUMMER, by BETSY JEFFERIS AGUILAR, ESQ., of HICKS & BRASIER, PLLC as follows:

/ / /

*Mark David Plummer v. Albertson's LLC*
*Case No. 2:21-cv-02071-CDS-BNW*

That Defendant, ALBERTON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 15th day of December, 2022.  DATED this 15 day of december, 2022.

BRANDON | SMERBER LAW FIRM          HICKS & BRASIER, PLLC

/s/ Lew Brandon, Jr., Esq.

LEW BRANDON, JR., ESQ.              BETSY JEFFRIES-AGUILAR, ESQ.
Nevada Bar No. 5880                 Nevada Bar No. 12980
MICHAEL MCLOUGHLIN ESQ.             2630 S. Jones Blvd.
Nevada Bar No. 12820                Las Vegas, Nevada 89146
HOMERO GONZALEZ, ESQ.               702-628-9888
Nevada Bar No. 15231                Facsimile – 702-960-4118
139 East Warm Springs Road          *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119             *MARK DAVID PLUMMER*
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

*Mark David Plummer v. Albertson's LLC*
*Case No. 2:21-cv-02071-CDS-BNW*

**IT IS SO ORDERED** that Defendant, ALBERTSON'S, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __20th__ day of ____December____, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MICHAEL MCLOUGHLIN ESQ.**
Nevada Bar No. 12820
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
m.mcloughlin@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S LLC*